IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA M. PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3137 |
| | ) | |
| V. | ) | |
| | ) | |
| ROY M. TILLMAN, and CASEY INDUSTRIAL, INC., | ) ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' unopposed Motion to Extend Deadlines in the Amended Progression Order, (filing no. 34).  Accordingly, the Amended Progression Order is further amended as follows:

a. The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), are:

-- The defendants' damages expert disclosure(s) shall be served on or before June 2, 2012, and plaintiff's rebuttal expert disclosure(s) on damages, if any, shall be served by July 2, 2012.

-- The defendants' liability expert disclosure(s) shall be served on or before July 2, 2012 and plaintiff's rebuttal expert disclosure(s) on liability, if any, shall be served by August 2, 2012.

b. The deposition deadline is September 1, 2012.

    c.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is September 1, 2012. However, if any such motion is filed after June 13, 2012 the court may continue the trial on its own motion.

DATED this 13th day of March, 2012.

                        BY THE COURT:

                        *S/ Cheryl R. Zwart*
                        United States Magistrate Judge