IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA M. PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3137 |
| | ) | |
| v. | ) | |
| | ) | |
| ROY M. TILLMAN, and CASEY INDUSTRIAL, INC., | ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendants. | ) | |

The parties' Joint Motion to Extend (filing no. 40) is granted, and the progression order is amended as follows:

a. The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on **January 28, 2013**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

b. The Pretrial Conference will be held before the undersigned magistrate judge on **January 17, 2013** at 10:00 a.m., and it will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 16, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. A telephonic conference with the court will be held on August 7, 2012 at 11:00 a.m. The status of case progression and potential settlement will be discussed during the conference call. Counsel for plaintiff shall place the call.

d. As to the remaining expert disclosures for this case, the deadlines for **complete expert disclosures**, (both retained experts, (Fed. R. Civ.P.26(a)(2)(B)), and non-retained experts, (Fed.R.Civ.P.26(a)(2)(C)), are:

- The defendants' damages expert disclosure(s) shall be served on or before September 30, 2012

    -      The plaintiff's rebuttal expert disclosure(s) on damages, if any, shall be served by October 30, 2012.

e.    The discovery and deposition deadline is November 30, 2012. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

f.    The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is November 30, 2012.

g.    **No further continuances of the progression deadlines will be permitted absent a <u>substantial</u> showing of good cause.**

DATED this 11th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge