IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA M. PATRICK, | ) | 4:11CV3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROY M. TILLMAN, and CASEY | ) | |
| INDUSTRIAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before me on a Joint Motion to Dismiss Counterclaim filed by Counter Defendant Tina M. Patrick ("Patrick") and Counter Claimant Casey Industrial, Inc. ("Casey"). (Filing 43.)  Also pending is Casey's Motion to Withdraw its previously filed Motion to Dismiss Counterclaim.  (Filing 44.)

 In their Joint Motion, the parties stipulate to dismiss Casey's counterclaim against Patrick with prejudice.  (Filing 43 at CM/ECF pp. 1-2.)  I accept the parties stipulation and will grant Casey's Motion to Withdraw.  Accordingly,

IT IS ORDERED:

1.      The parties Joint Motion to Dismiss Counterclaim (filing 43) is granted.

2.      Casey's counterclaim against Patrick is dismissed with prejudice.  The remaining action between Patrick and Defendants, Casey and Roy M. Tillman, shall proceed in accordance with the progression order of this Court.

3.      Casey's Motion to Withdraw (filing 44) is granted.

4.      The Clerk of the court is directed to term Casey's Motion to Dismiss Counterclaim (filing 39) as it has been withdrawn.

DATED this 12th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.